**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| CHRYSTAL HAZEWOOD,<br><br>Plaintiff,<br><br>vs.<br><br>ESA MANAGEMENT LLC, ESH HOSPITALITY LLC, and DOES 1 TO 50,<br><br>Defendants. | Case No. 2:26-cv-02307-JAM-AC<br><br>**ORDER TO CAP DAMAGES AND REMAND TO STATE COURT** |

Good cause appearing, the Court **ORDERS** as follows:

1. This action is **REMANDED** to the Sacramento County Superior Court;

3. The Clerk of Court is **DIRECTED** to serve a certified copy of the order on the Clerk of the Sacramento County Superior Court and reference the state case number (No. 25CV018689); and

4. The Clerk of Court is **DIRECTED** to **VACATE** all dates and **CLOSE** this case.

Dated: October 01, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE